ANDREW HADEN
Acting United States Attorney
MELANIE K. PIERSON
Assistant United States Attorney
California Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7976
Email: Melanie.Pierson@usdoj.gov

TODD KIM
Assistant Attorney General
STEPHEN DA PONTE
Trial Attorney
Florida Bar No. 58454
150 M Street, N.E.
Washington, D.C. 20002
Telephone: (202) 305-2729
Email: Stephen.DaPonte@usdoj.gov
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>CONSTANCIO ESTUYE,<br><br>       Defendant. | Case No. 3:23-cr-01661-JO<br><br>Government's Rap Sheet Summary Chart |
|---|---|

COMES NOW the plaintiff, United States of America, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Melanie K. Pierson, Assistant U.S. Attorney, and hereby files the Government's Rap Sheet Summary Chart, based on the files and records of the case.

DATED: September 13, 2023        ANDREW R. HADEN
                                              Acting United States Attorney

                                              */s/ Melanie K Pierson*

                                              MELANIE K. PIERSON
                                              Assistant U.S. Attorney

# USAO INTAKE INFORMATION RAP SHEET

First: Constancio    Mid. _____    Last: Estuye    - _____

Case No. 3:23-cr-1661

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| | | | | 0 |
| | | ON PAROLE/PROBATION | | N/A |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | I |
| | | | | |
| | | DEPORTATIONS | | 0 |
| | | DATE OF MOST RECENT DEPORTATION | | N/A |