UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-1661-JO |
|---|---|
| Plaintiff, | **ORDER ACCEPTING PLEA** |
| v. | |
| ZEABORN SHIP MANAGEMENT (SINGAPORE) PTE. LTD. (1), | |
| Defendant. | |

Defendant's request to enter a guilty plea was referred to the Magistrate Judge. After a hearing on the guilty plea, the Magistrate Judge issued a Findings and Recommendation. Neither party filed objections. The Court, therefore, adopts the Findings and Recommendation and accepts the guilty plea to Counts 1 and 2 of the Information.

IT IS SO ORDERED.

Dated: 9/11/23

Honorable Jinsook Ohta
United States District Judge

23-cr-1661-JO